IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSSELL CARRIERE, ET AL., | * | |
| Plaintiffs | * | CIVIL ACTION NO. 05-1290 |
| | * | |
| VERSUS | * | |
| | * | JUDGE RALPH E. TYSON |
| | * | |
| XJT HOLDINGS, INC., ET AL., | * | |
| Defendants | * | MAGISTRATE JUDGE |
| | * | CHRISTINE NOLAND |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is Ordered that the Clerk of Court of this case is to Administratively Terminate this action, without prejudice to the rights of any party to file a joint motion to re-open the proceedings against defendant, XJT Holdings, Inc., within three (3) years from the date of this Order.

Signed this 23rd day of April, 2008, Baton Rouge, Louisiana.

U. S. DISTRICT COURT JUDGE